COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
  
  
  
 IN THE MATTER OF THE
 TEMPORARY GUARDIANSHIP OF THE PERSON AND ESTATE OF LUCY CHAVEZ, A PERSON OF
 DIMINISHED CAPACITY
  
  
  
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-04-00024-CV
  
 Appeal from the
  
 Probate Court
  
 of El Paso County, Texas
  
 (TC#2003-G00078)
 
 




 

MEMORANDUM
OPINION

Appellant has filed a motion to
dismiss this appeal.  The motion is
granted, and the appeal is dismissed.  See
Tex. R. App. P. 42.1(a)(1).

 

SUSAN
LARSEN, Justice

March 4, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.